UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:04-cr- 323-J-99mm14

KASSEM ALDIFAHI

MOTION FOR CAPIAS

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for KASSEM ALDIFAHI against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: _____
DALE R. CAMPION
Assistant United States Attorney
Florida Bar No. 0471488
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
Email: Dale.Campion@usdoj.gov

N:\_Criminal Cases\M\Maatouk_2003R01057\f_indictment pkg_w_o_manner.wpd