FILED
FEB 10 2005
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 3:04-cr-323(S1)-J-99MMH

KASSEM ALDIFAHI

## MOTION FOR CAPIAS

The United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for KASSEM ALDIFAHI against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

PAUL I. PEREZ
United States Attorney

By: _____
DALE R. CAMPION
Assistant United States Attorney
Florida Bar No. 0471488
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone: (904) 301-6300
Facsimile:   (904) 301-6310
Email:  Dale.Campion@usdoj.gov

N:\_Criminal Cases\M\Maatouk_2003R01057\f_indictment_superseding.wpd